IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| FREDDIE M. PICKETT | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv306 |
| UNKNOWN DEFENDANTS | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Freddie M. Pickett, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. As plaintiff has not paid the filing fee, he appears to be attempting to proceed with this matter on an *in forma pauperis* basis.

This case was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Title 28 U.S.C. § 1915(g) prohibits prisoners from repeatedly filing frivolous or malicious complaints or appeals on an *in forma pauperis* basis, as well as complaints that fail to state a claim upon which relief may be granted. Section 1915(g) provides as follows:

> In nor event shall a prisoner bring a civil action or appeal a judgment in a civil action [*in forma pauperis*] . . . if the prisoner has, on three or more occasions . . . brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Prior to the date on which he filed this lawsuit, at least five lawsuits or appeals filed by plaintiff were dismissed as frivolous or for failure to state a claim. *See Pickett v. Slawson*, No. 4:08cv67 (N.D. Tex. Aug. 28, 2008) (dismissed as frivolous and for failure to state a claim); *Pickett v. Slawson*, No. 08-10900 (5th Cir. June 2, 2009) (appeal dismissed as frivolous); *Pickett v. State of Tex.*, No. 4:08cv594 (N.D. Tex. Apr. 2, 2009) (dismissed as frivolous and for failure to state a claim); *Pickett v. State of Tex.*, No. 09-10368 (5th Cir. Dec. 18, 2009) (appeal dismissed as

frivolous); and *Pickett v. Hunn*, No. 4:08cv708 (N.D. Tex. Apr. 2, 2009) (dismissed for failure to state a claim).  Accordingly, Section 1915(g) applies to this action.

Plaintiff alleges he has been improperly assigned to a section of his unit where inmates at a different classification level are housed.  He asserts this was done in retaliation for a lawsuit he filed in this court.  Finally, plaintiff states the building where he is housed is maintained in a unsanitary condition.

Plaintiff's allegations do not demonstrate he was in imminent danger of serious physical injury at the time he filed his complaint.  *See Banos v. O'Guin*, 144 F.3d 883, 884 (5th Cir. 1998).  Section 1915(g) therefore bars plaintiff from proceeding with this lawsuit on an *in forma pauperis* basis.

## Recommendation

This lawsuit should be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

## Objections

Objections must be (1) specific, (2) in writing, and (3) filed within 14 days after receiving a copy of this report.  28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

SIGNED this 3rd day of August, 2024.

_____
Zack Hawthorn
United States Magistrate Judge